```
                              United States Bankruptcy Court
                              Western District of Washington
In re:                                                              Case No. 12-20318-TWD
Shane Joseph Boudreau                                               Chapter 7
         Debtor                    CERTIFICATE OF NOTICE
District/off: 0981-2         User: johnj                Page 1 of 3      Date Rcvd: Oct 16, 2012
                             Form ID: b9a               Total Noticed: 28
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 18, 2012.
```
db           +Shane Joseph Boudreau,    957 Discovery Circle NE # 102,    Issaquah, WA 98029-6212
954159165     1st Security Bank Of W,    Washington,    Mountlake Terrace, WA 98043
954159167    +Aclrtd Clctn,    1125 Harvey Rd,    Auburn, WA 98002-4219
954159179    +Bank Of America, N.a.,    450 American St,    Simi Valley, CA 93065-6285
954159180    +Boeing Ecu,    Po Box 97050,    Seattle, WA 98124-9750
954159195    +Litton Loan Servicing,    4828 Loop Central Dr,    Houston, TX 77081-2166
954159197     MGC Mortgage,    1 Corporate Drive Ste 360,    Lake Zurich, IL 60047-8945
954159196    +Medicredit Corporation,    1801 California Ave,    Corona, CA 92881-7251
954159198    +Pugt Snd Col,    Pob 66995,    Tacoma, WA 98464-6995
954159199    +Rentoncoll,    Po Box 272,    Renton, WA 98057-0272
954159202    +Weisfield Jewelers/Sterling Jewelers Inc,    Attn: Bankruptcy,    Po Box 3680,
               Akron, OH 44309-3680
954159204    +Westcoastadj,    Po Box 569,    Lynnwood, WA 98046-0569
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty           E-mail/Text: ddmellow@engellawgroup.com Oct 17 2012 01:41:38     Dean L D'Mellow,
               Engel Law Group PS,    600 University St Ste 1904,    Seattle, WA  98101
tr           +E-mail/Text: debtordocs@mccartytrustee.com Oct 17 2012 01:53:52     Michael B McCarty,
               400 Warren Ave Ste 411,    Bremerton, WA 98337-6009
smg           EDI: WADEPREV.COM Oct 17 2012 00:58:00      State of Washington,   Department of Revenue,
               2101 4th Ave, Ste 1400,    Seattle, WA  98121-2300
ust          +E-mail/Text: USTPREGION18.SE.ECF@USDOJ.GOV Oct 17 2012 01:46:36     United States Trustee,
               700 Stewart St Ste 5103,    Seattle, WA 98101-4438
954159178    +EDI: BANKAMER.COM Oct 17 2012 00:58:00      Bank Of America,   Attention: Recovery Department,
               4161 Peidmont Pkwy.,    Greensboro, NC 27410-8110
954159181    +EDI: CAPITALONE.COM Oct 17 2012 00:58:00      Capital One, N.a.,   Capital One Bank (USA) N.A.,
               Po Box 30285,    Salt Lake City, UT 84130-0285
954159182    +EDI: CHASE.COM Oct 17 2012 00:58:00      Chase,   Po Box 15298,    Wilmington, DE 19850-5298
954159185    +EDI: CHASE.COM Oct 17 2012 00:58:00      Chase Mht Bk,   Attn: Bankruptcy,   Po Box 15145,
               Wilmington, DE 19850-5145
954159186    +EDI: CITICORP.COM Oct 17 2012 00:58:00      Citi,   CitiCard Credit Services/Centralized Ban,
               Po Box 20507,    Kansas City, MO 64195-0507
954159188    +EDI: DISCOVER.COM Oct 17 2012 00:58:00      Discover Fin Svcs Llc,   Po Box 15316,
               Wilmington, DE 19850-5316
954159189    +E-mail/Text: c.marin@everprof.com Oct 17 2012 01:53:39     Evergreen Professional,
               12100 Ne 195th St. Suite 325,    Bothell, WA 98011-5768
954159191    +EDI: BANKAMER.COM Oct 17 2012 00:58:00      Fleet Cc/Bank of America,   Attn: Bankruptcy,
               4161 Piedmont Pkwy,    Greensboro, NC 27410-8119
954159192    +EDI: GMACFS.COM Oct 17 2012 00:58:00      G M A C/Ally,   Po Box 130424,
               Roseville, MN 55113-0004
954159193    +EDI: RMSC.COM Oct 17 2012 00:58:00      Gemb/banana Rep,   Attn: Bankruptcy,   Po Box 103104,
               Roswell, GA 30076-9104
954159194     EDI: IRS.COM Oct 17 2012 00:58:00      Internal Revenue Service,   PO Box 7346,
               Philadelphia, PA 19101-7346
954159203    +EDI: WFFC.COM Oct 17 2012 00:58:00      Wellsfargo,   800 Walnut St,    Des Moines, IA 50309-3605
                                                                                              TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
954159169*   +Aclrtd Clctn,    1125 Harvey Rd,    Auburn, WA 98002-4219
954159170*   +Aclrtd Clctn,    1125 Harvey Rd,    Auburn, WA 98002-4219
954159171*   +Aclrtd Clctn,    1125 Harvey Rd,    Auburn, WA 98002-4219
954159172*   +Aclrtd Clctn,    1125 Harvey Rd,    Auburn, WA 98002-4219
954159173*   +Aclrtd Clctn,    1125 Harvey Rd,    Auburn, WA 98002-4219
954159174*   +Aclrtd Clctn,    1125 Harvey Rd,    Auburn, WA 98002-4219
954159175*   +Aclrtd Clctn,    1125 Harvey Rd,    Auburn, WA 98002-4219
954159176*   +Aclrtd Clctn,    1125 Harvey Rd,    Auburn, WA 98002-4219
954159177*   +Aclrtd Clctn,    1125 Harvey Rd,    Auburn, WA 98002-4219
954159168*   +Aclrtd Clctn,    1125 Harvey Rd,    Auburn, WA 98002-4219
954159183*   +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
954159184*   +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
954159187*   +Citi,   CitiCard Credit Services/Centralized Ban,    Po Box 20507,    Kansas City, MO 64195-0507
954159190*   +Evergreen Professional,    12100 Ne 195th St. Suite 325,    Bothell, WA 98011-5768
954159200*   +Rentoncoll,    Po Box 272,    Renton, WA 98057-0272
954159201*   +Rentoncoll,    Po Box 272,    Renton, WA 98057-0272
954159205*   +Westcoastadj,    Po Box 569,    Lynnwood, WA 98046-0569
954159166   ##+Accredited Home Lender,    Attention: Bankruptcy,   9915 Mira Mesa  Suite 100,
               San Diego, CA 92131-7002
                                                                                    TOTALS: 0, * 17, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 18, 2012**　　　　　　　　　　　**Signature:**　　　_/s/ Joseph Speetjens_

```
District/off: 0981-2                 User: johnj                  Page 3 of 3                  Date Rcvd: Oct 16, 2012
                                     Form ID: b9a                 Total Noticed: 28
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 16, 2012 at the address(es) listed below:
          Dean L D'Mellow    on behalf of Debtor Shane Boudreau ddmellow@engellawgroup.com,
           docintake@engellawgroup.com
          Michael B McCarty    michael@mccartytrustee.com, WA03@ecfcbis.com,
           mbm@trustesolutions.com;krystina@mccartytrustee.com,MBM@trustesolutions.net
          United States Trustee    USTPRegion18.SE.ECF@usdoj.gov
                                                                                                                  TOTAL: 3

B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/11)     Case Number **12−20318−TWD**

# UNITED STATES BANKRUPTCY COURT
Western District of Washington

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
## Notice of Ex Parte Motion to Dismiss if Debtor Fails to Appear at the Sec. 341 Meeting,
## and Notice of Appointment of Trustee

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on **October 11, 2012**.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below.

NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Shane Joseph Boudreau
957 Discovery Circle NE # 102
Issaquah, WA 98029

| | |
|---|---|
| Case Number: 12−20318−TWD<br>Office Code: 2 | Social Security/Individual Taxpayer ID/Employer Tax ID/Other nos:<br>xxx−xx−0123 |
| Attorney for Debtor(s) (name and address):<br>Dean L D'Mellow<br>Engel Law Group PS<br>600 University St Ste 1904<br>Seattle, WA 98101<br>Telephone number: 206−625−9800 | Bankruptcy Trustee (name and address):<br>Michael B McCarty<br>400 Warren Ave Ste 411<br>Bremerton, WA 98337<br>Telephone number: 360−377−2516<br>Send 4002 documents to:<br>https://collaborate.trustesolutions.com/Registration/OwnerRegister.aspx |

### Meeting of Creditors
Date: **November 15, 2012**        Time: **10:00 AM**
Location: **U.S. Courthouse, Room 8206, 700 Stewart Street, Seattle, WA 98101**

**Important Notice to Debtors:** All Debtors (other than corporations and other business entities) must provide picture identification and proof of social security number to the Trustee at the meeting of creditors. Original documents are required; photocopies are not sufficient. Failure to comply will result in referral of your case for action by the U.S. Trustee.

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts
and All Reaffirmation Agreements must be filed with the bankruptcy clerk's office by January 14, 2013**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors or within thirty (30) days of any amendment to the list or supplemental schedules, unless as otherwise provided under Bankruptcy Rule 1019(2)(B) for converted cases.

### Creditors May Not Take Certain Actions:
Generally, the filing of the bankruptcy case automatically stays certain collection and other actions against the Debtor and the Debtor's property. There are some exceptions provided for in 11 U.S.C. § 362. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>700 Stewart St, Room 6301<br>Seattle, WA 98101<br>Telephone number: 206−370−5200 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Mark L. Hatcher<br><br>This case has been assigned to Judge Timothy W. Dore |
| Hours Open: Monday − Friday 8:30 AM − 4:30 PM | Date: October 16, 2012 |

| | **EXPLANATIONS** | Case Number **12–20318–TWD** |
|---|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. | |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. | |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. | |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. | |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. | |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. | |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. | |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. | |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. | |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. | |
| Notice Re: Dismissal | If the Debtor, or joint Debtor, fails to file required schedules, statements or lists within 14 days from the date the petition was filed, the U.S. Trustee will apply for an ex parte order of dismissal on the seventh day after the deadline passes. If the Debtor, or joint Debtor, fails to appear at the meeting of creditors, the U.S. Trustee will apply for an ex parte order of dismissal seven days after the date scheduled for the meeting of creditors, or the date of any rescheduled or continued meeting. This is the only notice you will receive of the U.S. Trustee's motion to dismiss the case. If you wish to oppose the dismissal, you must file a written objection within seven days after the applicable deadline passes (i.e. 14–day deadline or date of the meeting of creditors). | |
| Appointment of Trustee | Pursuant to 11 U.S.C. §701 and §322 and Fed. R. Bankr. P. 2008, **Michael B McCarty** is appointed Trustee of the estate of the above named Debtor to serve under the Trustee's blanket bond. The appointment is made effective on the date of this notice. Unless the Trustee notifies the U.S. Trustee and the Court in writing or rejection of the appointment within seven (7) days of receipt of this notice, the Trustee shall be deemed to have accepted the appointment. Unless creditors elect another Trustee at the meeting of creditors, the Interim Trustee appointed herein will serve as the Trustee.<br><br>Mark H Weber, Assistant U.S. Trustee | |

<u>Refer to Other Side for Important Deadlines and Notices</u>