# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON
`http://www.wawb.uscourts.gov`

### CHANGE OF ADDRESS

**(See reverse for requirements of LBR 9011-1 relating to change of address or telephone number)**

CASE NAME Shane Joseph Boudreau        CASE NO 12-20318-TWD

FOR:    **X**    DEBTOR

_____    JOINT DEBTOR

_____    CREDITOR

_____    ATTORNEY   **(Please include Bar ID Number _____)**

_____    PLAINTIFF

_____    DEFENDANT

NEW ADDRESS:

NAME:  Shane Joseph Boudreau

ADDRESS:  957 Discovery Circle NE, #103

Issaquah, WA 98029

PHONE _____

EMAIL ADDRESS (attorney's only): _____

SIGNATURE OF PARTY(S) REQUESTING CHANGE:

_____        Date  10/26/12

Attorney For Debtor

CHANGE OF ADDRESS
(rev. 4/1/05)